UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TOWN OF GREENWICH

    Vs.                                      CASE NO. 3:02CV01616(AVC)

COREGIS INSURANCE COMPANY

## J U D G M E N T

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed its motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, and on March 15, 2004 having filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 15th day of March, 2004.

                                                      KEVIN F. ROWE, Clerk

                                                      By      /s/ JW
                                                             Jo-Ann Walker
EOD: _____                                      Deputy Clerk